IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TERRY C. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ABDI TINWALLA,<br><br>    Defendant. | Law No. 13-cv-3227-SEM-BGC |

### CERTIFICATE OF SERVICE

The undersigned certifies that copies of *Defendant's Response to Plaintiff's First Requests for Admission* and *Defendant's Response to Plaintiff's First Set of Interrogatories and Request for Production of Documents* were served upon the attorneys of record of all parties and all pro se parties to the above cause by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois, on this 15th day of January, 2014, addressed to such parties at their business address as disclosed by the pleadings of record herein.

Respectfully Submitted,

ABDI TINWALLA, M.D., Defendant

s/ Douglass R. Bitner
IL ARDC #: 6305492
Heyl, Royster, Voelker & Allen
3731 Wabash Avenue
P. O. Box 9678
Springfield, IL  62791-9678
Phone: 217.522.8822, Ext. 214
Fax:     217.523.3902
Email: dbitner@heylroyster.com

## PROOF OF SERVICE

      I hereby certify that on January 15, 2014, I electronically filed the foregoing instrument, Certificate of Service, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that I have mailed on January 15, 2014, by United States Postal Service the foregoing instrument, Certificate of Service, to the following non-CM/ECF participants:

    Mr. Terry C. Johnson
    Rushville Treatment & Detention Facility
    1680 East County Farm Road
    Rushville, IL  62681

                                             s/ Douglass R. Bitner
                                                  Douglass R. Bitner

DRB/cs (02227-T7690)
24182362_1