Hon. Sue Myerscough
U.S. District Court
Central District of Illinois
600 E. Monroe Street
Springfield, IL 62701

February 1, 2018

VIA CM/ECF

      Re:  *Johnson v. Tinwalla*, No. 13 Civ. 3227 (C.D. Ill.)

Dear Judge Myerscough:

    We represent Plaintiff Terry Johnson and Defendant Abdi Tinwalla in the above-captioned case. Pursuant to the Court's January 19, 2018 text order, we write to notify the Court that the parties consent to Magistrate Judge Schanzle-Haskins conducting jury impanelment in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ Justin M. Ellis | /s/ Joseph N. Rupcich |
| Justin M. Ellis | Joseph Rupcich |
| MoloLamken LLP | Cassiday Schade LLP |
| 430 Park Avenue | 111 N. 6th Street |
| New York, N.Y. 10022 | Springfield, IL 62701 |
| (212) 607 8159 | (217) 993 5644 |
| jellis@mololamken.com | jrupcich@cassiday.com |
| | |
| Lisa W. Bohl | *Counsel for Dr. Abdi Tinwalla* |
| MoloLamken LLP | |
| 300 N. LaSalle St. | |
| Chicago, IL 60654 | |
| (312) 450 6710 | |
| lbohl@mololamken.com | |

*Counsel for Terry Johnson*

CC:    All counsel of record via CM/ECF
           Terry C. Johnson (via Federal Express)