

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, N.Y. 10022
T: 212 607 8160
F: 212 607 8161
jellis@mololamken.com
www.mololamken.com

February 9, 2018

**VIA CM/ECF**

The Honorable Sue E. Myerscough
United States District Court for the Central District of Illinois
600 E. Monroe St.
Springfield, IL 62701

        Re: *Johnson v. Tinwalla*, No. 13 Civ. 3227 (C.D. Ill.)

Dear Judge Myerscough,

    We represent Terry Johnson in the above-captioned case. The Court has ruled that Defendant Dr. Abdi Tinwalla may cross-examine Plaintiff Terry Johnson at trial about this Court's ruling in the action *Johnson v. Saddler*, No. 10 Civ. 3279, granting summary judgment against Mr. Johnson and sanctioning him. *Johnson v. Tinwalla*, No. 13 Civ. 3227, Dkt. 184, at 5-6 (citing *Johnson v. Saddler*, No. 10 Civ. 3279 (C.D. Ill. Oct. 8, 2013) (text order)). The Court's ruling in *Saddler* was based on a DVD that defendants in that action had submitted as evidence and made part of the public record. *See Johnson v. Saddler*, No. 10 Civ. 3279, 2013 WL 4500443, at *1 (C.D. Ill. Aug. 21, 2013).

    Defendants in *Saddler* have now moved for an order sealing the DVD and "prevent[ing] [its] further distribution." *Johnson v. Saddler*, No. 10 Civ. 3279, Dkt. 135, at 1 (C.D. Ill. Jan. 26, 2018). Counsel for Mr. Johnson have thus filed a limited notice of appearance in that action, as well as a brief in opposition, to preserve Mr. Johnson's rights to use that DVD in preparation for trial in this case. A copy of Mr. Johnson's brief in opposition is attached. Mr. Johnson respectfully requests the right to be heard in this action before the Court rules on the *Saddler* defendants' motion for a protective order.

                                                      Respectfully submitted,

                                                      Justin M. Ellis

CC:    All counsel of record via CM/ECF
           Kyle Rockershousen, Illinois Assistant Attorney General (via e-mail and U.S. mail)
           Sarah Newman, Illinois Assistant Attorney General (via e-mail)