Hon. Sue Myerscough
U.S. District Court
Central District of Illinois
600 E. Monroe Street
Springfield, IL 62701

March 8, 2018

VIA CM/ECF

      Re:  *Johnson v. Tinwalla*, No. 13 Civ. 3227 (C.D. Ill.):  Settlement

Dear Judge Myerscough:

    We represent Plaintiff Terry Johnson and Defendant Dr. Abdi Tinwalla in the above-captioned case.  The trial of this action is currently scheduled to begin March 13, 2018.

    We are writing to inform the Court that the parties have reached a settlement in principle that will resolve all claims between Mr. Johnson, Dr. Tinwalla, and Dr. Tinwalla's employer, Wexford Health Sources, Inc.  We respectfully request that the Court strike the current trial date and stay all proceedings until April 9, 2018 to allow the parties to reach a final agreement.

Respectfully submitted,

| | |
|---|---|
| /s/ Justin M. Ellis | /s/ Joseph N. Rupcich |
| Justin M. Ellis | Joseph Rupcich |
| MoloLamken LLP | Cassiday Schade LLP |
| 430 Park Avenue | 111 N. 6th Street |
| New York, N.Y. 10022 | Springfield, IL 62701 |
| (212) 607 8159 | (217) 993 5645 |
| jellis@mololamken.com | jrupcich@cassiday.com |
| | |
| Lisa W. Bohl | *Counsel for Dr. Abdi Tinwalla* |
| MoloLamken LLP | |
| 300 N. LaSalle St. | |
| Chicago, IL 60654 | |
| (312) 450 6710 | |
| lbohl@mololamken.com | |

*Counsel for Terry Johnson*

CC:    All counsel of record via CM/ECF
          Terry C. Johnson (via Federal Express)